UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 7 CASE

Erin L Durband  CASE NO. 10-43655

Debtor. ORDER

_____

This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc. as nominee for US Bank N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated October 19, 2004, executed by Erin L Durband unmarried , recorded on November 12, 2004, as Document No. 3806737, covering real estate located in Ramsey County, Minnesota, legally described as:

The E 40 Feet of Lots 6 & 7 Block 2 "Maywood" an Addition to the City of St Paul, according to the Recorded Plat thereof and situate in Ramsey County Minnesota

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: August 12, 2010

/e/ Nancy C. Dreher
_____
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/12/2010*
Lori Vosejpka, Clerk, By KK, Deputy Clerk